JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ROBERT SMITH,** | **)** | **NO. CV 19-0871-FMO (KS)** |
| **Petitioner,** | **)** | |
| **v.** | **)** | **JUDGMENT** |
| | **)** | |
| | **)** | |
| **F. MARTINEZ,** | **)** | |
| **Respondent.** | **)** | |
| | **)** | |

Pursuant to the Court's Order Dismissing the Petition, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:   May 9, 2019

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE